DISTRICT OF OREGON, ss:        AFFIDAVIT OF SPENCER J. ANDERSON

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Spencer Anderson, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since July 5, 2020. My current assignment is to the Eugene Resident Agency of the FBI's Portland Division. My training and experience include over three years in the field conducting investigations into a variety of criminal violations, including multiple cases involving hate crimes and infringements on civil rights.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for **ADAM BRAUN**, for defacing and attempting to deface or destroy religious real property because of the racial or ethnic characteristics with people associated with that property, in violation of Title 18 U.S.C. § 247(c). As set forth below, there is probable cause to believe, and I do believe, that **ADAM BRAUN** committed several violations of 18 U.S.C. § 247(c).

**Applicable Law**

3. Title 18 U.S.C. § 247(c) is violated when a person "intentionally defaces, damages, or destroys any religious real property because of the race, color, or ethnic characteristics of any individual associated with that religious property, or attempts to do so." Under circumstances relevant based on the information described in this affidavit, the punishment for each offense is imprisonment for not more than one year, a fine, or both. *See* 18 U.S.C. § 247(d)(5).

/ / /

## Statement of Probable Cause
### Background

4. Over the course of several months, Temple Beth Israel ("TBI"), a Jewish synagogue in Eugene, Oregon, was targeted in repeated graffiti attacks. TBI is a Jewish synagogue affiliated with the Reconstructionist Movement, and it is one of the largest synagogues in the Eugene area.

5. The first incident was discovered on or about August 20, 2023. The next incident was discovered on or about September 11, 2023. Another incident was discovered on or about October 7, 2023. The final incident currently known to have occurred on or about January 14, 2024, in which a white man (later identified as **ADAM BRAUN**) first approached TBI's campus in an apparent attempt to smash the glass doors at their preschool entrance before ultimately spray-painting the words "White Power" on the exterior of the synagogue.

6. On January 31, 2024, **BRAUN** was arrested by the Eugene Police Department, in coordination with FBI Eugene. **BRAUN** submitted to a voluntary interview, in which he made several statements about what motivated his conduct. Simultaneously, law enforcement executed a search warrant at his home and recovered several items suggestive of his ideology and motivation, as well as items that tied him to the relevant crimes described below.

### August 2023 Incident

7. On August 20, 2023, individuals affiliated with TBI discovered that the exterior of the building had been "tagged" with graffiti. The graffiti is pictured below.

/ / /

/ / /

/ / /

Page 2 – Affidavit of Spencer J. Anderson

Case 6:24-cr-00191-MC   Document 1-1   Filed 03/04/24   Page 3 of 15



8. The graffiti features the number "23" in the lower-right hand corner. In my investigation, I researched terms and symbols that are sometimes used by hate groups on the Anti-Defamation League website. The website states the following re 23/16: "The number combination 23/16 is a numeric symbol used by white supremacists, particularly common on the West Coast. Substituting letters for numbers, the 23/16 equates to W/P or 'White Power.' Occasionally the number 23 appears by itself, as a condensed version."

9. **BRAUN** was not asked about this graffiti when he was interviewed by law enforcement on January 31, 2024, but a search of his home revealed similar designs, pictured below.

 

**Page 3 – Affidavit of Spencer J. Anderson**

### September 2023 Incident

10.     On September 11, 2023, individuals affiliated with TBI discovered that the numbers "1377" had been spray-painted on the exterior wall of TBI, near the bike racks, pictured below.



11.     When **BRAUN** was asked, in his voluntary interview on January 31, 2024, about the specific meaning of "1377," he explained it was just a "play on that '1488' shit." Based on my training and experience, I understand "1488" to be a popular white supremacist symbol. "1488" incorporates both the 14-words slogan, "We must secure the existence of our people and a future for white children," and "H," the eighth letter of the alphabet, intending to refer to the statement "Heil Hitler."

### October 2023 Incident

12.     On the morning of October 7, 2023, individuals affiliated with TBI again discovered graffiti, pictured below, in the same location as the "1377" graffiti from the earlier month.

/ / /

**Page 4 – Affidavit of Spencer J. Anderson**



13.     When **BRAUN** was asked about this graffiti in his voluntary interview with law enforcement, which was initially illegible to TBI and law enforcement, **BRAUN** explained that it reads "ANTBOI" which is **BRAUN's** "moniker" as he described it during the interview. The "ANTBOI" appears on both of the art pieces pictured above from the search of **BRAUN**'s house.

### January 14, 2024, Incidents

14.     On January 14, 2024, at approximately 1:00am, a white male, later identified as **ADAM BRAUN**, arrived at Temple Beth Israel ("TBI") in Eugene, Oregon. **BRAUN** was seen on security footage at the glass door to the preschool, wielding a hammer. As he approached the glass doors of the preschool, **BRAUN** covered his face and put the hood of his jacket over his head. Surveillance video captured **BRAUN** lifting his arm above his head, as if to use the hammer to smash the glass doors (pictured below).

/ / /

/ / /

/ / /

/ / /

**Page 5 – Affidavit of Spencer J. Anderson**



15. Before causing any damage, **BRAUN** noticed the security camera situated above the door. The camera was not equipped with audio recording. **BRAUN** stared into the camera and appeared to make statements into the camera for approximately one minute. **BRAUN** eventually walked out of view of the camera without having caused damage to the glass doors.

 

**Page 6 – Affidavit of Spencer J. Anderson**

16. About 10 minutes later, **BRAUN** reappeared in view of a TBI roof camera. **BRAUN** approached the wall of the building near the bicycle racks, pulled something out of his bag, and spent approximately five minutes writing or spray-painting something on the wall. The resulting graffiti is shown below:



17. The following day, January 15, 2024, a man resembling the individual who spray-painted "WHITE POWER" appeared on TBI security cameras at the main entrance. Though his face was covered, he wore the same tan pants with a wallet chain as the man who showed up on TBI security camera with the ball-peen hammer the day before. He dropped two items at the front entrance. TBI staff found that those items were a welded Israeli flag with a note on the back and a book titled *Jewish Eugenics* by John Glad.

/ / /

/ / /

/ / /

**Page 7 – Affidavit of Spencer J. Anderson**

 

18. The note on the back of the welded Israeli flag read as follows: "Please forgive me for being overly agressive, I am truly sorry. I hope you can use the book to build a better community. Thank you."

**Evidence of BRAUN's Motivation for Attacks**

19. On January 31, 2024, the Eugene Police Department (EPD) in coordination with FBI Eugene executed an arrest of **BRAUN**. At the time he was arrested, **BRAUN** was wearing what appeared to be the same wallet chain as the individual captured on TBI's security cameras.

20. **BRAUN** was transported to EPD for questioning. Prior to commencing the interview, FBI Special Agent (SA) Spencer Anderson advised **BRAUN** of his rights, and EPD Detective Rick Lowe read **BRAUN** the search warrant for his person, vehicle, and property. **BRAUN** stated he understood and consented to questioning.

21. During the interview, **BRAUN** conveyed his ideological beliefs, general worldview, and views on such topics as the Jewish people, Zionism, eugenics, and ethnocentrism. **BRAUN** was shown photographs from TBI's security camera footage as well as

Page 8 – Affidavit of Spencer J. Anderson

pictures of the three instances of vandalism of TBI's property above. **BRAUN** admitted that he was responsible for the September, October, and January vandalism incidents at TBI.

22.     During the interview of **BRAUN**, he expressed his concern, discontent, and general disapproval of the Jewish community on multiple occasions, though he also said he had "no desire to harm those people" physically, referring to Jews. In the interview, **BRAUN** repeated several antisemitic tropes; he claimed Jewish people and "Zionists" possessed "a lot of influence over the nerve centers of society" and were overrepresented in positions of power. He indicated he was skeptical of the Holocaust, telling law enforcement that some things "just don't seem to add up." **BRAUN** also stated that Israel was the biggest recipient of foreign aid, except for maybe Afghanistan. **BRAUN** stated that Jews have been kicked out of every country they have lived in because they "promote egalitarianism" and agitate society.

23.     **BRAUN** stated that he targeted TBI and delivered the *Jewish Eugenics* book as a way to provoke TBI, hopefully encouraging them to change in a way that might lead them to no longer experience, or be victims of, antisemitism. Without explicitly naming the group he was describing, **BRAUN** told interviewers that "*they* had their own type of eugenics program for their own ethnic group."

24.     **BRAUN** told the interviewers he occasionally listened to and appeared as a guest on a podcast associated with the website NSM88.org. Below is a screenshot of a portion of the website's front page:

/ / /

/ / /

/ / /

Page 9 – Affidavit of Spencer J. Anderson



25.     Investigators also conducted a search of **BRAUN**'s home.  In the home, investigators found numerous evidence items tying him to the January 2024 incident at TBI, including the wielded hammer **BRAUN** was holding at the preschool entry door and numerous spray-paint cans.



**Page 10 – Affidavit of Spencer J. Anderson**

26. Investigators found several items and writings indicating **BRAUN** held antisemitic beliefs and biases. One such item was a flyer he had displayed that read as follows: "STAND UP AGAINST THE ZIONIST OCCUPIED GOVERNMENT | ZIONISTS HAVE INFILTRATED THE POLITICAL, MEDIA, EDUCATIONAL, RELIGIOUS, BUSINESS, AND FINANCIAL INSTITUTIONS OF OUR NATION, AS WELL AS THOSE OF MANY OTHER NATIONS." **BRAUN** also displayed a book titled *Nature's Eternal Religion* with the Star of David crossed out.

 

27. In addition to the flyer, book, and several written items, there were also numerous flags, framed photographs, and clothing items suggestive of **BRAUN**'s antisemitism, including framed photographs of Adolf Hitler and Heinrich Himmler, Chief of German Police and Reich Minister of the Interior. Investigators also found Ku Klux Klan robes and flags, as well as Nazi-related literature and memorabilia. Some of the items included documents related to Nazi

Germany, including "The Oath of the SS Man"; several books, including *Mein Kampf* and *The Hoax of the Twentieth Century* (referring to the Holocaust); and several pamphlets, including "What it means to be a Klansman" and "A Klansman's way of life." Photographs of the items are depicted below.

 





**Page 13 – Affidavit of Spencer J. Anderson**





**Page 14 – Affidavit of Spencer J. Anderson**

## Conclusion

28. Based on the foregoing, I have probable cause to believe, and I do believe, that **ADAM BRAUN** violated 18 U.S.C. 247(c). I therefore request that the Court issue a criminal complaint and arrest warrant for **ADAM BRAUN**.

29. Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Gavin Bruce and DOJ Trial Attorney Cameron Bell, and they advised me that in their opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

## Request for Sealing

30. It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrant. I believe that sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time may endanger the life or physical safety of an individual, cause flight from prosecution, or cause destruction of or tampering with evidence. Premature disclosure of the affidavit, the criminal complaint, and the arrest warrant may adversely affect the integrity of the investigation.

/s/ Spencer Anderson, per rule 4.1
_____
SPENCER J. ANDERSON
Special Agent, FBI

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __11:20am__ a.m./p.m. on __March 4, 2024__.

_____
MUSTAFA T. KASUBHAI
United States Magistrate Judge

Page 15 – Affidavit of Spencer J. Anderson