2465-0304-0664.J
11648136

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

ORIGINAL

FILED 11 MAR '24 09:17 USDC-ORE

United States of America
v.
Adam Braun

*Defendant*

Case No. 6:24-mj-00039-MK

## AMENDED ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Adam Braun, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Defacing and attempting to deface or destroy religious real property because of the racial or ethnic characteristics with people associated with that property, in violation of 18 U.S.C. § 247(c)

Date: March 4, 2024

*Issuing officer's signature*

City and state: Eugene, Oregon

Mustafa T. Kasubhai, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/4/24, and the person was arrested on *(date)* 3/7/24
at *(city and state)* Eugene, Oregon.

Date: 3/7/24

*Arresting officer's signature*

Special Agent Spencer Anderson, FBI
*Printed name and title*