NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**GAVIN W. BRUCE, OSB #113384**
Assistant United States Attorney
Gavin.Bruce@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone: (541) 465-6771
**CAMERON A. BELL, CSB #305872**
Trial Attorney—Civil Rights Division
Cameron.Bell@usdoj.gov
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 802-7643
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 6:24-cr-00191-MC |
| v. | **MISDEMEANOR INFORMATION** |
| **ADAM BRAUN,** | |
| | **18 U.S.C. §§ 247(c) and (d)(5)** |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Damage to Religious Property)**
**(18 U.S.C. § 247(c) and (d)(5))**

On or about August 19, 2023, in the District of Oregon, defendant **ADAM BRAUN** did

intentionally deface and damage religious real property because of the race, color, and ethnic

characteristics of any individual associated with that religious property. Specifically, he spray-painted graffiti on the exterior of Temple Beth Israel, because it is a synagogue and affiliated with Jewish people.

In violation of Title 18, United States Code, Sections 247(c) and (d)(5).

## COUNT 2
**(Damage to Religious Property)**
**(18 U.S.C. § 247(c) and (d)(5))**

On or about September 10, 2023, in the District of Oregon, defendant **ADAM BRAUN** did intentionally deface and damage religious real property because of the race, color, and ethnic characteristics of any individual associated with that religious property. Specifically, he spray-painted graffiti—the number "1377"—on the exterior of Temple Beth Israel, because it is a synagogue and affiliated with Jewish people.

In violation of Title 18, United States Code, Sections 247(c) and (d)(5).

## COUNT 3
**(Damage to Religious Property)**
**(18 U.S.C. § 247(c) and (d)(5))**

On or about October 6, 2023, in the District of Oregon, defendant **ADAM BRAUN** did intentionally deface and damage religious real property because of the race, color, and ethnic characteristics of any individual associated with that religious property. Specifically, he spray-painted graffiti on the exterior of Temple Beth Israel, because it is a synagogue and affiliated with Jewish people.

In violation of Title 18, United States Code, Sections 247(c) and (d)(5).

/ / /

/ / /

## COUNT 4
### (Damage to Religious Property)
### (18 U.S.C. § 247(c) and (d)(5))

On or about January 14, 2024, in the District of Oregon, defendant **ADAM BRAUN** did intentionally deface and damage religious real property because of the race, color, and ethnic characteristics of any individual associated with that religious property. Specifically, **ADAM BRAUN** spray-painted the words "WHITE POWER" on an exterior wall at Temple Beth Israel, because it is a synagogue and affiliated with Jewish people.

In violation of Title 18, United States Code, Sections 247(c) and (d)(5).

## COUNT 5
### (Damage to Religious Property)
### (18 U.S.C. § 247(c) and (d)(5))

On or about January 14, 2024, in the District of Oregon, defendant **ADAM BRAUN** did intentionally attempt to deface, damage, and destroy religious real property because of the race, color, and ethnic characteristics of any individual associated with that religious property. Specifically, he attempted to deface, damage, and destroy a glass panel at Temple Beth Israel, because it is a synagogue and affiliated with Jewish people.

In violation of Title 18, United States Code, Sections 247(c) and (d)(5).

Dated: May 9, 2024

Respectfully submitted,

| | |
|---|---|
| NATALIE K. WIGHT<br>United States Attorney | KRISTEN CLARKE<br>Assistant Attorney General |
| */s/ Gavin W. Bruce*<br>GAVIN W. BRUCE<br>Assistant United States Attorney | */s/ Cameron A. Bell*<br>CAMERON A. BELL<br>Trial Attorney - Civil Rights Division |

**Misdemeanor Information** **Page 3**